**Opinion issued March 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00027-CV

————————————

## IN RE LOOMIS ARMORED US, LLC, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Loomis Armored US, LLC, filed a petition for writ of mandamus challenging an order by the former trial court judge denying relator's motion to quash a deposition and motion for protection.[1] Because the challenged order was issued by the former trial court judge, this original proceeding was abated for the

---

[1] The underlying case is *Gayle Stout Todd and Thomas Russell Todd v. Loomis Armored US, LLC and Mark Anthony Muniz*, cause number 2020-00189, pending in the 334th District Court of Harris County, Texas, the Honorable Dawn Rogers presiding.

successor trial court judge to reconsider the order. *See* TEX. R. APP. P. 7.2(b). The successor judge subsequently held a hearing and issued an order denying reconsideration of the challenged order. Accordingly, we reinstate the original proceeding on the Court's active docket.

Before our opinion issued, relator filed a letter with the Court withdrawing its mandamus petition. We construe the letter as a motion to dismiss the petition. Although the letter does not contain a certificate of conference, it has been on file with the Court for more than ten days and no party has objected. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a). We grant the motion and dismiss this original proceeding. Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.